■ In the Matter of KELIANN ELNISKI, Appellant, v NIAGARA FALLS COACH LINES, INC., et al., Respondents. (Appeal No. 2.) [955 NYS2d 904]

Same memorandum as in *Matter of Elniski v Niagara Falls Coach Lines, Inc.* (101 AD3d 1722 [2012]). Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.